UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re SHERIDAN SMITH,

    Petitioner

Case No. 13-01423 JST (PR)

**ORDER OF DISMISSAL**

On April 1, 2013, petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day the action was filed, petitioner was ordered to file a complete application to proceed in forma pauperis ("IFP"), or pay the filing fee of $5.00, within 28 days, or face dismissal of the action.

On April 22, 2013, petitioner filed his IFP application. The IFP application was deficient, however, because the Certificate of Funds in Prisoner's Account was not completed and signed by an authorized officer of the institution. Furthermore, plaintiff failed to attach a copy of his prisoner trust account statement showing transactions for the last six months.

More than 28 days have passed and petitioner has not filed a complete IFP application or paid the filing fee. Accordingly, the action is DISMISSED without prejudice. Petitioner's motion to proceed IFP (Docket No. 3) is DENIED as insufficient.

The Clerk shall terminate Docket No. 3 and close the file.

**IT IS SO ORDERED.**

Dated: May 14, 2013

                                       JON S. TIGAR
                                       United States District Judge